CATHERINE HAYES, Respondent, v. EDMOND J. HAYES, Appellant.

Second Department, November 18, 1910.

Appeal from order denying adjournment — action for divorce — application for counsel fees denied.

A wife suing for divorce whose action has been dismissed is not entitled to counsel fees to enable her to appeal from an order denying a motion for an adjournment, as such order is not appealable.

APPEAL by the defendant, Edmond J. Hayes, from an order of the Supreme Court, made at the Kings County Special Term and entered in the office of the clerk of the county of Kings on the 15th day of April, 1910.

John F. Harrington, for the appellant.

Ely Rosenberg, for the respondent.

Jenks, J.:

The action is for divorce. The plaintiff moved for a counsel fee to prosecute an appeal taken from an order denying the motion for an adjournment, "upon which a judgment of dismissal was rendered against" her, and for alimony during the said appeal. The Special Term made an order that allows a counsel fee, and the defendant appeals. But the order of which the plaintiff complains but denies her motion, made at Special Term for an adjournment. Such an order is not appealable. (Nichols N. Y. Pr. 3634 and references.) It may be that the plaintiff has a grievance, but she has mistaken the practice, and is not entitled to an allowance to enable her to pursue her erroneous course.

The order must be reversed and the motion must be denied.

Hirschberg, P. J., Woodward, Burr and Thomas, JJ., concurred.

Order reversed and motion denied.